UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SUZANNE PERKINS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　　　Defendant. | Case No. C16-0215-JCC<br><br>ORDER REVERSING AND REMANDING CASE FOR FURTHER ADMINISTRATIVE PROCEEDINGS |

The Court, after careful consideration of the record, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the lack of objections thereto, does hereby find and ORDER:

　　(1)　The Court adopts the Report and Recommendation.

　　(2)　The final decision of the Commissioner is REVERSED and this case is REMANDED to the Social Security Administration for further proceedings consistent with the Report and Recommendation.

ORDER REMANDING CASE
PAGE - 1

(3) The Court DIRECTS the Clerk to send copies of this Order to the parties and to Judge Donohue.

DATED this 22nd day of September, 2016.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER REMANDING CASE
PAGE - 2